IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

HARVEY WILLIAM HUGUNIN                                            PLAINTIFF

V.                              No. 4:23-CV-00886-BRW

JUDGE D. LYNN WINMILL                                           DEFENDANT

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff alleges that Defendant, a federal judge in Idaho, violated his constitutional right to a jury trial.  First, Defendant is entitled to immunity.[2]  Second, Plaintiff's Complaint is nonsensical, frivolous, and states no cause of action against Defendant for which relief may be granted. Accordingly, this case is DISMISSED.  The motion to proceed *in forma pauperis* (Doc. No. 1) is DENIED.

Plaintiff recently filed numerous motions to proceed *in forma pauperis* along with frivolous complaints in the Eastern District of Arkansas. He has a  history of doing this in other courts as well.[3]  If Plaintiff continues this practice, I may direct the Clerk of the Court to stop accepting his filings.

IT IS SO ORDERED this 3rd day of October, 2023.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1]See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2]*Schottel v. Young*, 687 F.3d 370, 373 (8th Cir. 2012) (holding that a judge is immune from suit, except for non-judicial actions or for actions taken absent all jurisdiction).

[3]See *Hugunin v. Nye*, No. 1:20-CV-00053, 2020 WL 4043983, at *1 (E.D. Tenn. June 5, 2020) (noting that seven frivolous cases had been filed in the E.D. Tenn. and he is now a restricted filer); *Hugunin v. Idaho*, No. 1:19-CV-480-BLW, 2020 WL 1033568, at *1 (D. Idaho Mar. 3, 2020).

1